844

No. 11, Misc. SIMS v. ALVIS, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner pro se. *William Saxbe*, Attorney General of Ohio, and *William M. Vance*, Assistant Attorney General, for respondent.

No. 12, Misc. GEPNER v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner pro se. *Will Wilson*, Attorney General of Texas, and *E. M. DeGeurin* and *George P. Blackburn*, Assistant Attorneys General, for respondent.

No. 16, Misc. SPEARS ET AL. v. WALTER ET AL. C. A. 5th Cir. Certiorari denied. *I. H. Spears* for petitioners.

No. 17, Misc. SICLARI v. FOLSOM, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Certiorari denied. Petitioner pro se. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.

No. 18, Misc. WARWICK ET AL. v. CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 19, Misc. MABEE v. MARTIN, WARDEN. County Court of Wyoming County, New York. Certiorari denied.

No. 20, Misc. SCHUER v. NEW YORK. County Court of Bronx County, New York. Certiorari denied.

No. 21, Misc. MAINIERI v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.